Matthew D. Mellen (Bar No. 233350)
Duncan McGee Nefcy (Bar No. 315142)
MELLEN LAW FIRM
One Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Telephone:   (415) 315-1653
Facsimile:    (415)276-1902
Email:         email@mellenlawfirm.com

Attorneys for Plaintiff,
HAILE OGBAZGHI

Stuart B. Wolfe (SBN 156471)
*sbwolfe@wolfewyman.com*
Joshua M. Bryan (SBN 225230)
*jmbryan@wolfewyman.com*
WOLFE & WYMAN LLP
980 Ninth Street, Suite 2359
Sacramento, CA 95814
Telephone:  (916) 912-4700
Facsimile:   (916) 329-8905

Attorneys for Defendants
DITECH FINANCIAL LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAILE OGBAZGHI, an individual;<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>DITECH FINANCIAL LLC, a business entity; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 5:18-cv-00004-SVK<br><br>[*Assigned to the Hon. Susan van Keulen*]<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER ON STIPULATION**<br><br><br>Action Filed:   October 16, 2015<br>Trial Date:      None Set |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff HAILE OGBAZGHI ("Plaintiff") and Defendant DITECH FINANCIAL LLC ("Defendant"), by and through their undersigned counsel, stipulate and request that the above-captioned matter be dismissed in its entirety, with prejudice, pursuant to the parties' agreement in this action. The parties shall bear their own fees and costs as set forth in section 2 of the Settlement Agreement reached by the parties.

**IT IS SO STIPULATED.**

DATED: October 19, 2018            MELLEN LAW FIRM

By:      /s/ *Duncan McGee Nefcy*
            Matthew D. Mellon
            Duncan McGee Nefcy

Attorneys for Plaintiff
HAILE OGBAZGHI

DATED: October 19, 2018            WOLFE & WYMAN LLP

By:      */s/ Joshua M. Bryan*
            Stuart B. Wolfe
            Joshua M. Bryan

Attorneys for Defendant
DITECH FINANCIAL LLC

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from all of the above signatories to the document.

Dated: October 19, 2018                    MELLEN LAW FIRM


                                           By:   */s/ Duncan McGee Nefcy*
                                                 Duncan McGee Nefcy
                                                 Attorneys for Plaintiff
                                                 HAILE OGBAZGHI

3

**ORDER ON STIPULATION**

Pursuant to the joint stipulation of dismissal executed by the parties and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), it is HEREBY ORDERED, ADJUDGED AND DECREED:

- The above entitled action is dismissed with prejudice;
- Each party shall bear their owns fees and costs; and
- The Court shall close its file.

**IT IS SO ORDERED.**

DATED: October 22, 2018

_____
Hon. Susan van Keulen
District Court Magistrate Judge